UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AMAN KUMAR,

                Petitioner,

  - against -

ERIC H. HOLDER, Attorney General,
DEPARTMENT OF HOMELAND SECURITY,
RAND BEERS, Acting secretary of Department
of Homeland Security, UNITED STATES
CITIZENSHIP & IMMIGRATION SERVICES,
ALEJANDRO MAYORKAS, Director of United
States Citizenship & Immigration Services, and
CAROL KELLER, Acting District Director of
New York District Office of United States
Citizenship & Immigration Services,

                Respondents.
-------------------------------------------------------------X

JUDGMENT
CV-12-5261 (SJF)

FILED
CLERK

11/26/2013 3:57 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

      An Opinion and Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on November 18, 2013, granting respondents' motion to dismiss the petition pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the petition in its entirety without prejudice for failure to state a claim upon which relief can be granted, and directing the Clerk of Court to close this case, it is

      **ORDERED AND ADJUDGED** that petitioner take nothing of respondent; that respondents' motion to dismiss the petition pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is granted; that the petition is dismissed in its entirety without prejudice for failure to state a claim upon which relief can be granted; and that this case is hereby closed.

Dated: Central Islip, New York
          November 26, 2013

                                                  DOUGLAS C. PALMER
                                                  CLERK OF THE COURT

                              By:    /s / Catherine Vukovich
                                      Deputy Clerk